RECEIVED
IN ALEXANDRIA, LA.

FEB 29 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PAUL C. JONES | DOCKET NO. 11-CV-861; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CATAHOULA PARISH, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted under 28 U.S.C. §1915(e)(2)(B).

THUS DONE AND SIGNED at _Alexandria_, Louisiana, this 29th day of _February_, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE